DAVID A. HUBBERT
Deputy Assistant Attorney General

YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov

BRIAN STRETCH
United States Attorney
*Of Counsel*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISA ZAVIEH, individually, as the successor-in-interest to Amir Zavieh, and as the distributee of the Estate of Amir Zavieh, a/k/a Allen Zavieh,<br><br>Defendants. | Case No. 4:17-cv-3286-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The United States of America and Lisa Zavieh, by and through undersigned counsel, hereby stipulate and request that the case management conference currently scheduled for January 9, 2018 at 1:30 p.m. be continued to January 23, 2018 at 1:30 p.m. (or as soon thereafter as the Court is available), and state as follows:

1. On June 8, 2017, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines, which set the Initial Case Management Conference for September 5, 2017, at 1:30 p.m. (Docket No. 3).

2. On August 29, 2017, the Court continued the Case Management Conference to January 9, 2018 at 1:30 p.m. (Docket No. 11).

3. Undersigned counsel for the United States has a four-day trial scheduled to begin on January 8, 2018 in Seattle, Washington, and therefore anticipates being unavailable on January 9, 2018.

4. Undersigned counsel for the United States has conferred with undersigned counsel for Ms. Zavieh and Ms. Zavieh agrees to this request.

5. This is the parties' first stipulation for a continuance of the case management conference.

6. As no scheduling order has yet been entered, this request will not affect the schedule for the case.

//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, the Parties hereby stipulate and request to continue the case management conference to January 23, 2018 at 1:30 p.m. or a date thereafter convenient for the Court.

Respectfully submitted this 28th day of November, 2017.

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Yael Bortnick
YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov
*Attorneys for the United States*

BRIAN STRETCH
United States Attorney
*Of Counsel*

SIDEMAN & BANCROFT LLP

/s/ Jay R. Weill
JAY R. WEILL
*Attorneys for Lisa Zavieh*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS HEREBY ORDERED that the case management conference is continued to January 23, 2018 at 1:30 p.m.

SO ORDERED this 29th day of November, 2017.

*Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE                4