1 RICHARD E. ZUCKERMAN
  Principal Deputy Assistant Attorney General
2
  YAEL BORTNICK
3 NITHYA SENRA, CABN 291803
  Trial Attorney, Tax Division
4 U.S. Department of Justice
  P.O. Box 683
5 Washington, D.C. 20044
  Telephone:    202-514-6632
6                202-307-6570
7 Facsimile:    202-307-0054 (f)
  Email:        Yael.Bortnick@usdoj.gov
8                Nithya.Senra@usdoj.gov
9
  ALEX G. TSE
10 Acting United States Attorney
   *Of Counsel*
11
   *Attorneys for Plaintiff*
12



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISA ZAVIEH, individually, as the successor-in-interest to Amir Zavieh, and as the distributee of the Estate of Amir Zavieh, a/k/a Allen Zavieh,<br><br>Defendants. | Case No. 4:17-cv-3286-KAW<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

The United States and Lisa Zavieh, by and through their undersigned counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action in its entirety with prejudice, each party to bear its own fees and costs.

//

//

Respectfully submitted this 6th day of July, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Yael Bortnick
YAEL BORTNICK
NITHYA SENRA, CABN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632
               202-307-6570
Facsimile: 202-307-0054 (f)
Email: Yael.Bortnick@usdoj.gov
        Nithya.Senra@usdoj.gov

ALEX G. TSE
Acting United States Attorney
*Of Counsel*

SIDEMAN & BANCROFT LLP

/s/ Jay R. Weill
JAY R. WEILL
*Attorneys for Lisa Zavieh*